THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 N. Spring Street, Suite 1400
    Los Angeles, California 90012
    Telephone: (213)894-5710
    Facsimile: (213)894-7177
    E-Mail:   Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  SACV 04-1332-DOC (SHx) |
| Plaintiff, | JUDGMENT |
| v. | |
| REAL PROPERTY LOCATED AT 2208 KINGSBRIDGE COURT, SAN DIMAS, CALIFORNIA, | [THIS DOCUMENT PERTAINS TO BOTH REMAINING ACTIONS] |
| Defendant. | |
| MERVIN M. SOARES, | |
| Claimant. | |
| AND CONSOLIDATED ACTION. | |

After consideration of the papers in support of and in opposition to plaintiff United States of America's Motion for Summary Judgment, the evidence presented, and any oral argument,

1 and in accordance with the Statement of Uncontroverted Facts and
2 Conclusions of Law,

3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

4  1. Plaintiff's Motion for Summary Judgment shall be and
5 hereby is GRANTED.

6  2. The defendant $376,659.18 in net proceeds from the
7 interlocutory sale of the defendant real property located in San
8 Dimas, California; the defendant $6,990.00 in U.S. currency; the
9 defendant one 2000 Ford Excursion; and the defendant one 2002
10 Ford F150 Pickup Truck (collectively, the "defendant assets")
11 shall be and hereby are forfeited to the United States of
12 America. The government shall dispose of the defendant assets in
13 the matter provided by law.

14 DATED: September 23, 2008    _____
                                   DAVID O. CARTER
15                                 UNITED STATES DISTRICT JUDGE

17 Presented by:

18 THOMAS P. O'BRIEN
United States Attorney
19 CHRISTINE C. EWELL
Assistant United States Attorney
20 Chief, Criminal Division
STEVEN R. WELK
21 Assistant United States Attorney
Chief, Asset Forfeiture Section

23 _____
FRANK D. KORTUM
24 Assistant United States Attorney
Asset Forfeiture Section
25
Attorneys for Plaintiff
26 United States of America